# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAMIL A. SERRANO,<br><br>        Petitioner,<br><br>        v.<br><br>JASON BENNETT,<br><br>        Respondent. | Case No. C24-5259<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation;
2. Petitioner's petition for writ of habeas corpus, Dkt. #5-1, and this action, are DISMISSED for lack of jurisdiction pursuant to 28 U.S.C. § 2244;
3. Petitioner's Application to Proceed In Forma Pauperis, Dkt. # 5, is DENIED as moot.
4. The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge Peterson.

DATED this 5th day of June, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1