UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMIL A. SERRANO,

              Petitioner,

      v.

JASON BENNETT,

              Respondent.

Case No. C24-5259RSL

ORDER DENYING
CERTIFICATE OF
APPEALABILITY

     On June 5, 2024, this Court issued an order adopting the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. # 8. Pursuant to a November 21, 2024 order of the Ninth Circuit Court of Appeals (Dkt. # 15), and in accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, this Court hereby DENIES a certificate of appealability in this matter.

     As stated in Judge Peterson's Report and Recommendation (Dkt. # 6), a certificate of appealability may issue only where a petitioner has made "a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve

ORDER DENYING CERTIFICATE
OF APPEALABILITY - 1

encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Court approves and adopts Judge Peterson's finding that under this standard, Petitioner is not entitled to a certificate of appealability in this matter.

Therefore, a certificate of appealability is DENIED.

DATED this 3rd day of December, 2024.

Robert S. Lasnik
United States District Judge

ORDER DENYING CERTIFICATE
OF APPEALABILITY - 2